# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO ESPINOZA,<br><br>    Plaintiff,<br>vs.<br><br>PRIDE ACQUISITIONS LLC,<br><br>    Defendant. | CASE NO. 12cv2067-CAB (JMA)<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE<br>[Doc. No. 11] |

Based upon the Joint Motion for Dismissal, and for good cause appearing, the Court GRANTS the Joint Motion for Dismissal [Doc. No. 11].  This action is, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: February 26, 2013

_____
**CATHY ANN BENCIVENGO**
United States District Judge